1  Dennis L. Wilson (Bar No. 155407)
   dwilson@kilpatricktownsend.com
2  David K. Caplan (Bar No. 181174)
   dcaplan@ kilpatricktownsend.com
3  Caroline Y. Bussin (Bar No. 239343)
   cbussin@ kilpatricktownsend.com
4  KILPATRICK, TOWNSEND & STOCKTON LLP
   9720 Wilshire Boulevard, Penthouse Suite
5  Beverly Hills, California  90212
   Telephone:  (310) 248-3830
6  Facsimile:  (310) 860-0363
7
   Attorneys for Plaintiff
8  SUMMIT ENTERTAINMENT, LLC

9

10               UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                       WESTERN DIVISION

13

14  SUMMIT ENTERTAINMENT, LLC, a      Case No.: 2:11-CV-06310 ODW (SSx)
    Delaware limited liability company,
15                                    **PLAINTIFF SUMMIT
                   Plaintiff,         ENTERTAINMENT, LLC'S NOTICE
16                                    OF APPEAL AND NINTH CIRCUIT
            v.                        RULE 3-2 REPRESENTATION
17                                    STATEMENT**
    DAIANA SANTIA, an individual;
18  HECTOR SANTIA, an individual; and
    JOHN DOES 1-10,
19               Defendants.

-1-

1  Notice is hereby given that Plaintiff Summit Entertainment, LLC appeals to the
2  United States Court of Appeals for the Ninth Circuit from the Order Denying Motion
3  for Default Judgment entered on August 9, 2013, Dkt. No. 49.
4
5                                             Respectfully submitted,
6
7  Dated:  September 9, 2013            By:   /s/ David K. Caplan
8                                              David K. Caplan
                                                Kilpatrick, Townsend & Stockton LLP
9                                              Attorney for Plaintiff
10                                             Summit Entertainment, LLC

## **RULE 3.2 REPRESENTATION STATEMENT**

The undersigned represents Plaintiff and Appellant Summit Entertainment, LLC, and no other party. To the best of Plaintiff's knowledge, Defendants Daiana Santia and Hector Santia are not represented by counsel, as they never appeared in this action. Their last known addresses are set forth below:

Hector Santia
Calle Coronel Alvarez No. 2535
Posadas, Province of Misiones
Argentina

Daiana Santia
Calle Coronel Alvarez No. 2535
Posadas, Province of Misiones
Argentina

Respectfully submitted,

Dated: September 9, 2013         By:  /s/ David K. Caplan
                                      David K. Caplan
                                      Kilpatrick, Townsend & Stockton LLP
                                      Attorney for Plaintiff
                                      Summit Entertainment, LLC