# United States District Court
# Central District of California

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, | Case No. 2:11-cv-06310-ODW(SSx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| DAIANA SANTIA; HECTOR SANTIA; | **FIRST AMENDED COMLAINT** |
| AND DOES 1-10, inclusive, | |
| Defendants. | |

This case was closed on August 9, 2013, after the Court denied Plaintiff Summit Entertainment LLC's Motion for Default Judgment. (ECF No. 49.) Nevertheless, a First Amended Complaint was filed by Summit on March 20, 2014. (ECF No. 53.) The Court hereby **ORDERS** Summit **TO SHOW CAUSE**, in writing, no later than **Monday, March 31, 2014**, why the Court should accept the First Amended Complaint and reopen the case, especially in light of this Court denying the default-judgment motion. The Court is aware that Summit's appeal was voluntarily dismissed, but the Court lacks the putative basis for reopening the case.

**IT IS SO ORDERED.**

March 24, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**